**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SHERWOOD DWAYNE BROWN**                                                **PETITIONER**

**v.**                                                                **NO.: 3:01CV197-SA**

**CHRISTOPHER EPPS, ET AL.**                                            **RESPONDENTS**

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

Upon good cause shown, **IT IS HEREBY ORDERED** that Petitioner's Motion to Seal is GRANTED; therefore, Petitioner's Response to Show Cause Order and documents in support thereof shall be filed under seal.

**THIS** the 15th day of April, 2009.

                                                                     **/s/ Sharion Aycock**
                                                                     **UNITED STATES DISTRICT JUDGE**