**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHERWOOD DWAYNE BROWN**                                                                 **PETITIONER**

**V.**                                                                       **CIVIL ACTION NO.:  3:01CV197-SA**

**S.W. PUCKETT, ET AL.**                                                                     **RESPONDENTS**

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties under Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), it is **ORDERED** that the federal habeas petition pending before this

Court is **DISMISSED**.   This case is **CLOSED**.

**SO ORDERED** this 30th day of January, 2018.

**/s/ Sharion Aycock_____**
**U.S. DISTRICT JUDGE**